10/20/11 4:19PM

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Kelley Vaughn                                           Case No.   11-42319
                            Debtor(s)                           Chapter    7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 299.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $   74.75   Check one   ☐ With the filing of the petition, or
                           ■ On or before   11/17/11

   $   74.75   on or before   12/16/11

   $   74.75   on or before   1/16/12

   $   74.75   on or before   2/15/12

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 25 2011
KENNETH S. GARDNER, CLERK
PS REP. - DS

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  October 20, 2011                    Signature  /s/ Kelley Vaughn
                                                     Kelley Vaughn
/s/ Roxanne B. Jackson                               Debtor
Attorney for Debtor(s)
Roxanne B. Jackson 6273966
Roxanne B. Jackson Law Office
21141 Governors Hwy
Matteson, IL 60443-3818
708-481-3000
Fax: 708-298-5887
roxannejackson@aol.com

10/20/11 4:19PM

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Kelley Vaughn  
                            Debtor(s)

Case No.  11-42319  
Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or  
                                       ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**  
Clerk, U.S. Bankruptcy Court

Date  OCT 25 2011

_____  
*United States Bankruptcy Judge*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy